**2009–1168. Motorists Mut. Ins. Co. v. Dandy–Jim, Inc.**
Cuyahoga App. No. 92023, 2009-Ohio-2270. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for

1500

dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*November 24, 2009*

[Cite as *11/24/2009 Case Announcements*, 2009-Ohio-6167.]

## MOTION AND PROCEDURAL RULINGS